The decision below is signed as a decision of

the court.

Signed: January 27, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                            )
                                 )
MICHAEL JOSEPH SINDRAM,          )      Case No. 08-00559
                                 )      (Chapter 7)
            Debtor.              )
                                 )      Not for Publication in
                                 )      West's Bankruptcy Reporter


MEMORANDUM DECISION RE RENEWED
MOTION FOR APPROPRIATE RELIEF AND SANCTIONS AGAINST PEPCO

    This addresses the Renewed Motion for Appropriate Relief and

Sanctions Against PEPCO (Docket Entry ("DE") No. 58).  Stripped

of irrelevant allegations, the motion's only relevant allegation

is that on October 31, 2008, after receiving notice of this

bankruptcy case, the Potomac Electric Power Company ("PEPCO")

delivered to the debtor a demand for payment in violation of 11

U.S.C. § 362(a).  By an order entered on January 7, 2009 (DE No.

73), I directed the debtor to file a supplement to the motion

that (1) identifies the debt allegedly sought to be collected by

PEPCO and the date on which that debt was incurred, and (2)

attaches a copy of the demand if the demand was made in writing.

The debtor has now supplemented his motion (DE No. 81), attaching

the demands he received.  All of these are bills for electric

service for periods that commenced on or after September 29,

2008.  The debtor commenced his case as a chapter 13 case on

August 19, 2008, and converted his case to one under chapter 7 on

September 22, 2008.  Accordingly, all of the bills are for

services rendered postpetition and post-conversion.  The

automatic stay of 11 U.S.C. § 362(a) does not bar acts, as here,

to collect debts that arose after the commencement of the case.

Accordingly, the debtor's motion must be denied.  An order

follows.

[Signed and dated above.]

Copies to:

Office of U.S. Trustee

Debtor

Jack E. Strausman, Esq.
Pepco Holdings, Inc.
701 Ninth Street, NW
Washington, D.C. 20068