The order below is hereby signed.

Signed: January 27, 2009.



_S. Martin Teel Jr._

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
MICHAEL JOSEPH SINDRAM,        )    Case No. 08-00559
                               )    (Chapter 7)
            Debtor.            )    Not for Publication in
                               )    West's Bankruptcy Reporter

MEMORANDUM DECISION RE CORRECTED MOTION
FOR APPROPRIATE RELIEF AND SANCTIONS AGAINST VERIZON

The debtor has filed a Corrected Motion for Appropriate
Relief and Sanctions Against Verizon (Docket Entry ("DE") No.
84), supplementing his Renewed Motion for Appropriate Relief
and Sanctions Against Verizon (DE No. 60).  Stripped of
irrelevant allegations, the Renewed Motion's only relevant
allegation was that on November 2, 2008, after receiving notice
of this bankruptcy case, Verizon delivered to the debtor a demand
for payment in violation of 11 U.S.C. § 362(a).  I dismissed the
Renewed Motion because the debtor failed to identify the debt
allegedly sought to be collected by Verizon and the date on which
that debt was incurred.  The Corrected Motion attaches a bill
dated January 2, 2009, but that bill fails to show any debt
incurred before the debtor commenced this case as a chapter 13

case or before he then converted the case to chapter 7.

Accordingly, the debtor has still failed to identify a debt that

would be treated as incurred before the commencement of the case.

The automatic stay does not bar collection of a debt incurred

after the commencement of the case.  An order follows denying the

Corrected Motion.

[Signed and dated above.]


Copies to:

Office of U.S. Trustee

Debtor

Tracy Richmond
Verizon Representative
P.O. Box 9000
Annapolis, MD 21401-9000

Myrtle Lloyd
Specialist, Verizon
2055 L Street, NW
5th Floor
Washington, DC 20036

2