The document below is hereby signed.

Signed: May 19, 2009.



_S. Martin Teel Jr_

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                             )
                                  )
MICHAEL JOSEPH SINDRAM,           )    Case No. 08-00559
                                  )    (Chapter 7)
                Debtor.           )    Not for Publication in
                                  )    West's Bankruptcy Reporter

MEMORANDUM DECISION AND ORDER (1) DIRECTING
CLERK AS TO THE HANDLING OF THE PART OF THE DEBTOR'S MOTION
FILED MAY 4, 2009, THAT SEEKS RELIEF BY WAY OF INTERLOCUTORY
APPEAL AND (2) CERTIFYING THAT GROUNDS EXIST WARRANTING THE
DISTRICT COURT'S SUMMARILY DENYING THE MOTION FOR LEAVE TO APPEAL

The debtor Sindram has filed a document (Docket Entry ("DE")

No. 156) that includes various requests for relief, including a

request for relief from the district court (a Motion for Leave to

Appeal Interlocutory Judgment of April 15, 2009 and Notice of

Appeal) as an alternative to Sindram's motion (in the same

document) requesting reconsideration by this court of the order

(DE No. 130) that denied a motion to compel discovery from

Sindram's condominium association.  By separate Memorandum

Decision and Order, I have denied the request for

reconsideration.

I

Grounds exist pursuant to which the district court may

summarily deny the motion for leave to appeal:

- Sindram has not paid the fees associated with the
  appeal, and no waiver of the fees is warranted.

- An immediate appeal from the order denying the motion
  to compel entered on April 15, 2009, would not
  materially advance the ultimate termination of the
  contested matter in which discovery was sought (a
  motion to hold the condominium association in contempt
  for allegedly violating the automatic stay).

- The notice of appeal is untimely, having been filed
  more than 10 days after entry of the order on April 15,
  2009.

By way of the clerk's transmitting a copy of this order to the

district court, that court intends that the district court may be

alerted that (in the view of this court) grounds exist pursuant

to which the motion for leave to appeal may be denied summarily.

II

The clerk has asked for instructions regarding the handling

of the document (DE No. 156) that includes the Motion for Leave

to Appeal Interlocutory Judgment of April 15, 2009 and Notice of

Appeal.  It is

ORDERED that the clerk shall treat the Motion for Leave to

Appeal Interlocutory Judgment of April 15, 2009 and Notice of

Appeal contained in the document (DE No. 156) as a notice of

appeal under Fed. R. Bankr. P. 8001 from the interlocutory order

(DE No. 130) denying Sindram's motion to compel discovery, and as

a motion under Fed. R. Bankr. P. 8003 for leave to prosecute that

interlocutory appeal.  It is further

ORDERED that when the clerk transmits the appeal papers to

the district court, the clerk shall include with the transmittal

(1) a copy of this order and (2) a copy of the Memorandum

Decision and Order signed this date.  It is further

ORDERED that when the clerk transmits the appeal to the

clerk of the district court for docketing in that court, the

clerk's transmittal sheet shall include a notification that the

district court judge assigned the matter should be alerted to

this order which addresses grounds upon which the motion for

leave to appeal may be summarily denied.  It is further

ORDERED that if the debtor has not paid fees owed for filing

the notice of appeal, the clerk's transmittal sheet shall include

notification that those fees have not been paid.

[Signed and dated above.]

Copies to:

Debtor; Chapter 7 Trustee; Office of United States Trustee; Craig
A. Parker, Esq., 110 N. Washington Street, Ste. 500, Rockville,
Maryland 20850; George R. Pitts, Esq.