The document below is hereby signed.

Signed: August 20, 2009.



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MICHAEL JOSEPH SINDRAM, | ) | Case No. 08-00559 |
| | ) | (Chapter 7) |
| Debtor. | ) | **Not for Publication in** |
| | ) | **West's Bankruptcy Reporter** |

MEMORANDUM DECISION RE DEBTOR'S MOTION FOR
<u>CLARIFICATION AND MODIFICATION OF ORDER AND FOR RELATED RELIEF</u>

On August 6, 2009, the court entered a Memorandum Decision and Order Re Motion to Appoint Counsel to Address Alleged Violation of Automatic Stay by Superior Court of the District Of Columbia (Dkt. No. 224).  The debtor Sindram has now filed a Motion for Clarification and Modification of Order and for Related Relief (Dkt. No. 227, filed August 12, 2009).  That motion will be denied.

The motion disagrees with the court's analysis in the Memorandum Decision and Order, but sets forth no persuasive grounds demonstrating any error in that analysis.  Sindram continues to view _In re Corbly_, 149 B.R. 125 (Bankr. D.S.D. 1992), as correctly holding that § 523(a)(7)(B) applies to all penalties and fines, not just to tax penalties, but that holding

was erroneous, has been rejected by other courts, has not been followed by any other court, and is not binding on this court.

Sindram asks for injunctive relief against the Superior Court, contending that because he is indigent, the Superior Court ought to allow him to litigate without payment of fees and ought not require him to pay the $3,000 fine or hire counsel before he is entitled to file any new action in the Superior Court.  But injunctive relief must be sought in an adversary proceeding, and, in any event, nothing in the Bankruptcy Code bars the Superior Court's enforcement of its order of April 28, 1992.  A bankruptcy court is not empowered to relieve a debtor from all hardships arising from being indigent.

An order follows denying Sindram's motion (Dkt. No. 227).

[Signed and dated above.]

Copies to: Debtor; Chapter 7 trustee; Office of the United States Trustee;

Hon. Stephanie Duncan-Peters
Superior Court for the District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001

George R. Pitts
Katherine Thomas
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, D.C. 20006

Craig A. Parker, Esq.
110 N. Washington St.
Ste. 500
Rockville, MD 20850