The document below is hereby signed.

Signed: September 09, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                )
                                     )
MICHAEL JOSEPH SINDRAM,               )   Case No. 08-00559
                                     )   (Chapter 7)
         Debtor.                      )   **Not for Publication in**
                                     )   **West's Bankruptcy Reporter**

MEMORANDUM DECISION AND ORDER RE
DEBTOR'S MOTION FOR EXPEDITED HEARING
AND INJUNCTIVE RELIEF FOR VIOLATIONS OF AUTOMATIC STAY
BY SUPERIOR COURT DISTRICT OF COLUMBIA AND FOR RELATED RELIEF

The Debtor's Motion for Expedited Hearing and Injunctive Relief for Violations of Automatic Stay by Superior Court District of Columbia and for Related Relief ("Motion") (Dkt. No. 236) fails to state what acts the Superior Court took that allegedly violated the automatic stay, and thus the Motion will be dismissed without prejudice to pursuing relief by specifying the specific acts claimed by the debtor to have violated the automatic stay.

The Motion is also procedurally defective to the extent it seeks any relief other than by way of a contempt motion.  To the extent that the debtor seeks contempt damages, either of a compensatory or coercive nature, a motion suffices.  Fed. R.

Bankr. P. 9020.  To the extent that he seeks other damages or an injunction, an adversary proceeding complaint must be filed. Fed. R. Bankr. P. 7001.

It is thus

ORDERED that the debtor's Motion is DISMISSED without prejudice.

[Signed and dated above.]

Copies to: Debtor; Chapter 7 trustee; Office of the United States Trustee;

Hon. Stephanie Duncan-Peters
Superior Court for the District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001

George R. Pitts
Katherine Thomas
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, D.C. 20006

Craig A. Parker, Esq.
110 N. Washington St.
Ste. 500
Rockville, MD 20850