The document below is hereby signed.

Signed: February 24, 2010.



```
_____
S. Martin Teel, Jr.
United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                              )
                                   )
MICHAEL JOSEPH SINDRAM,             )   Case No. 08-00559
                                   )   (Chapter 7)
          Debtor.                  )   Not for Publication in
                                   )   West's Bankruptcy Reporter
```

MEMORANDUM DECISION AND ORDER RE "MOTION FOR
CLARIFICATION AND MODIFICATION OF ORDER AND FOR RELATED RELIEF"

The debtor Sindram has filed a Motion for Clarification and Modification of Order and for Related Relief (Dkt. No. 279 filed February 2, 2010), seeking to hold Jamison Condominium Association in contempt. He contends the Association intimidated a witness at the trial of his contempt motion against the Association for having allegedly violated the automatic stay. Specifically, he contends that the Association intimidated Antonio Almenara, who is jointly obligated to the Association on the debt owed to it, and that the intimidation "was plethora of bills, charges, fees and fines while automatic stay was in full legal force and effect." The automatic stay of 11 U.S.C. § 362(a) does not preclude collection activity against an entity that is liable with the debtor for a debt.

Once again, Sindram complains about the effectiveness of his appointed counsel in the trial of the motion to hold the Association in contempt for having allegedly violated the automatic stay, and he requests new appointed counsel. He has not, however, set forth a meritorious claim that warrants the appointment of counsel.

It is thus

ORDERED that the Motion for Clarification and Modification of Order and for Related Relief (Dkt. No. 279 filed February 2, 2010) is DENIED.

[Signed and dated above.]

Copies to: Debtor; Craig A. Parker, Esq.